# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> and <br><br> CHARLES RIVER WATERSHED ASSOCIATION, INC. <br><br> Plaintiffs <br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Regina McCarthy, Administrator <br><br> and <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 1, H. Curtis Spalding, Regional Administrator <br><br> Defendants | Case No.: 16-_____ |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF CHARLES RIVER WATERSHED ASSOCIATION

Plaintiff Charles River Watershed Association ("CRWA"), a nongovernmental corporate party to the above-captioned proceeding, has nothing to disclose pursuant to Local Rule 7.3 and Federal Rule of Civil Procedure 7.1. CRWA has no parent corporation. Nor is it a corporation in which any person or entity owns stock.

RESPECTFULLY SUBMITTED

/s/ Caitlin Peale Sloan
CAITLIN PEALE SLOAN
BBO No. 681484
Conservation Law Foundation, Inc.
62 Summer Street
Boston, MA 02110
cpeale@clf.org
(617) 850-1770

Dated: February 25, 2016